UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REMZA OMEROVIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:07CV1475 HEA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same

date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

decision of the Commissioner is Affirmed and this matter is dismissed.

Dated this 16th day of September, 2008.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE